# Exhibit C



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CHELMSFORD IMMIGRATION COURT**

Respondent Name:

██████████████████████

To:

███████████

A-Number:

████████

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
02/02/2026

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to reopen these proceedings. Upon reading and considering the motion, and any opposition from the non-moving party, the motion is ☑ granted ☐ denied for the following reason(s):

☐ The motion is untimely and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).
☐ The motion is numerically barred and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).
☐ The moving party failed to provide evidence demonstrating changed circumstances that is material and that was unavailable or could not have been discovered or presented at the previous proceedings. *See* 8 C.F.R. § 1003.23(b)(4)(i).
☐ The moving party failed to submit the appropriate application for relief and any accompanying documents. *See* 8 C.F.R. § 1003.23(b)(3).
☐ The Respondent has been removed or otherwise departed from the United States. *See* 8 C.F.R. § 1003.23(b)(1).
☑ Other:

The Court will find that the Respondent's motion is timely because he has established changed country conditions due to DHS' Notice of Removal to Cameroon. Respondent's Motion to Reopen at 83. In Matter of A-S-M, 28 I&N Dec. 282 (BIA 2021), the BIA held that where the

Department of Homeland Security states that an applicant may be removed to a country pursuant to section 241(b)(2) of the Immigration and Nationality Act, 8 U.S.C. § 1231(b)(2) (2018), the applicant may seek withholding of removal from that country in withholding-only proceedings, even if that country is different from the country of removal that was originally designated in the reinstated removal order on which the withholding-only proceedings are based.

Similarly, in these removal proceedings in the present case, the Court will find that the Respondent may seek protection from removal to Cameroon. Additionally, the Respondent has filed the appropriate application for relief at page 54, and presented his affidavit at page 82, and an expert affidavit at page 108 of the motion in support of his claim of fear of return to Cameroon. Since the Respondent was only recently given notice of DHS' intent to remove him to Cameroon, the Court finds that this evidence is material and was not previously available at the merits hearing on March 13, 2025, because Cameroon was not designated as a country of removal at that hearing.

Based on the foregoing, the Court will grant the Respondent's Motion to Reopen.

Immigration Judge: Smith, Natalie 02/02/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : ███████████████████        A-Number : ██-██-██

Riders:

Date: 02/02/2026 By: ████  ████    Court Staff