# Exhibit D



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**BOSTON IMMIGRATION COURT**

| Respondent Name: | A-Number: |
|---|---|
| ████████████████████ | ████████ |
| To: | Riders: |
| ██████████████ | In Removal Proceedings |
| | Initiated by the Department of Homeland Security |
| | Date: |
| | 12/18/2025 |

## ORDER OF THE IMMIGRATION JUDGE

☑ Respondent ☐ the Department of Homeland Security has filed a motion to reopen these proceedings. Upon reading and considering the motion, and any opposition from the non-moving party, the motion is ☑ granted ☐ denied for the following reason(s):

☐ The motion is untimely and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).

☐ The motion is numerically barred and fails to meet any exceptions. *See* 8 C.F.R. § 1003.23(b)(1),(4).

☐ The moving party failed to provide evidence demonstrating changed circumstances that is material and that was unavailable or could not have been discovered or presented at the previous proceedings. *See* 8 C.F.R. § 1003.23(b)(4)(i).

☐ The moving party failed to submit the appropriate application for relief and any accompanying documents. *See* 8 C.F.R. § 1003.23(b)(3).

☐ The Respondent has been removed or otherwise departed from the United States. *See* 8 C.F.R. § 1003.23(b)(1).

☑ Other:

The Court will find that the Respondent's motion is timely because he has established changed country conditions due to DHS' Notice of Removal to Mexico. Respondent's Motion to Reopen at 77. In Matter of A-S-M, 28 I&N Dec. 282 (BIA 2021), the BIA held that where the Department of Homeland Security states that an applicant may be removed to a country pursuant to section 241(b)(2) of the Immigration and Nationality Act, 8 U.S.C. § 1231(b)(2) (2018), the applicant may seek withholding of removal from that country in withholding-only proceedings, even if that country is different from the country of removal that was originally designated in the reinstated removal order on which the withholding-only proceedings are based. Similarly, in these removal proceedings in the present case, the Court will find that the Respondent may seek protection from removal to Mexico. Additionally, the Respondent has presented an expert affidavit at page 97 of the motion in support of his claim of fear of return to Mexico. Since the Respondent was only recently given notice of DHS' intent to remove him to Mexico, the Court finds that this evidence is material and was not previously available at the merits hearing in 2019 because Mexico was not designated as a country of removal at that hearing. Based on the foregoing, the Court will grant the Respondent's Motion to Reopen.



Immigration Judge: Masters, Todd 12/18/2025

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ M ] Alien atty/rep. | [ M ] DHS

Respondent Name : █████████████████████ | A-Number : ██████████

Riders:

Date: 12/19/2025 By: ████████ Court Staff

[DETAINED] A# ████████

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## BOSTON, MASSACHUSETTS

In the Matter of:

████████████████████    )    A#: ████████
                         )
In Removal Proceedings   )

## RESPONDENT'S STATUTORY MOTION TO REOPEN AND, IN THE ALTERNATIVE, MOTION FOR SUA SPONTE REOPENING

Upon consideration of Respondent's Motion to Reopen, it is HEREBY ORDERED that the motion be:

__X__ GRANTED    _____ DENIED because:

___ DHS does not oppose the motion
___ Good cause has been established for the motion
___ The court agrees with the reasons stated in the opposition to the motion
___ The motion is untimely per: _____
_X_ Other: _See attached order_

Dated this _18th_ day of _December_, 202_5_

Signed,

_____
Hon. Judge Todd Masters

14