# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

US DEPT. OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA J. BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: March 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

    The court is in receipt of defendants-appellants' Emergency Motion for Stay Pending Appeal. Plaintiffs-appellees are directed to file their response thereto by noon on Monday, March 9, 2026. Any reply shall be filed by noon on Tuesday, March 10, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Yaakov Roth, Aysha Iqbal, Daniel Cappelletti, Sarah Welch, Jonathan Guynn, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Inyoung Hwang, Olivia Callan, Christopher Anthony Hatfield, Maxwell Mishkin, Isabella Salomao Nascimento