# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

US DEPT. OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Department of Homeland Security (DHS); PAMELA J. BONDI, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

Before

Montecalvo, Howard, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: March 11, 2026

    This is an appeal from a judgment granting final relief on February 25, 2026, in the District Court for the District of Massachusetts. We have jurisdiction under 28 U.S.C. § 1291. Defendants-Appellants have filed in this court an "Emergency Motion for Stay Pending Appeal" (the "Motion"). The Motion contains two requests; the sole request we address in this order is the request for an administrative stay.

    After careful review, we conclude that an administrative stay is appropriate. See United States v. Texas, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (discussing considerations relevant to administrative stays). Accordingly, the request for an immediate administrative stay is granted. We intend to rule on the request for a stay pending appeal promptly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Yaakov Roth, Aysha Iqbal, Daniel Cappelletti, Sarah Welch, Jonathan Guynn, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Inyoung Hwang, Olivia Callan, Christopher Anthony Hatfield, Maxwell Mishkin, Isabella Salomao Nascimento