No. 26-1212

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

## ASSENT MOTION FOR LEAVE TO FILE CORRECTED JOINT APPENDIX AND APPELLANTS' BRIEF WITH CORRECTED RECORD CITATIONS

———————————

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

SARAH WELCH
*Counsel to the Assistant
Attorney General*

MATTHEW P. SEAMON
*Acting Assistant Director*

MARY L. LARAKERS
*Senior Litigation Counsel*
U.S. Department of
Justice, Civil Division
Office of Immigration
Litigation
P.O. Box 868,
Ben Franklin Station
Washington, DC 20044

Defendants-Appellants respectfully seek leave and move to file a corrected joint appendix and file a corrected brief. Good cause exists for this motion. On April 2, 2026, undersigned counsel for the government[1] was informed that the nearly 700-page joint appendix filed late in the evening on March 30, 2026, included several technical errors to include garbled text, unstamped versions of docket documents,[2] and duplicate documents. Accordingly, Defendants-Appellants seek leave to file a corrected joint appendix and file a corrected brief correcting the citations to the addendum and appendix.

Undersigned counsel has conferred with counsel for Plaintiffs-Appellees who indicated they assent to this motion.

---

[1]Undersigned counsel for the government apologizes for the inconvenience caused by filing an erroneous appendix in this expedited appeal.
[2] Because these documents are not strictly public, Appellants-Defendants request that this Court strike the originally filed appendix.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*


DREW C. ENSIGN
*Deputy Assistant Attorney General*


SARAH WELCH
*Counsel to the Assistant
Attorney General*

MATTHEW P. SEAMON
*Acting Assistant Director*


/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
*Senior Litigation Counsel*
U.S. Department of Justice, Civil
Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin
Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) of 2,600 words because the motion contains 175 words. The motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word 2016 in proportionally spaced 14-point Times New Roman typeface.

/s/ Mary L. Larakers
MARY L. LARAKERS

# CERTIFICATE OF SERVICE

I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Mary L. Larakers*
Mary L. Larakers

Dated: April 3, 2026                                   Senior Litigation Counsel