# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, Acting United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants

**ORDER OF COURT**

Entered: April 6, 2026

Upon consideration, Appellants Todd Blanche, DHS, Markwayne Mullin, and Antone Moniz's assented-to motion for leave to file a corrected appendix and corrected brief is allowed, and the originally tendered appendix is stricken from the docket. The corrected appendix and corrected brief are accepted for filing on this date. All remaining briefing deadlines are unchanged.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Inyoung Hwang, Olivia Callan, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Yaakov Roth, Aysha Iqbal, Daniel Cappelletti, Sarah Welch, Jonathan Guynn, Christopher Anthony Hatfield, Maxwell Mishkin, Isabella Salomao Nascimento