No. 26-1212

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**D.V.D.; M.M.; E.F.D.; O.C.G.,**

*Plaintiffs–Appellees,*

**v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, Acting United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,**

*Defendants–Appellants.*

## MOTION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* BY FEDERATION FOR AMERICAN IMMIGRATION REFORM IN SUPPORT OF DEFENDANTS–APPELLANTS AND REVERSAL

MATT A. CRAPO
CHRISTOPHER J. HAJEC
EDWIN E. PIETERS
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
mcrapo@irli.org
(202) 328-7004

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

**MOVANT'S INTEREST**

*Amicus curiae* Federation for American Immigration Reform (FAIR) is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to advocate for immigration policies that are in America's best interest. In pursuit of this mission, FAIR regularly participates in litigation involving immigration law enforcement, border integrity, and the scope of executive authority over the entry of aliens into the United States.

The decision in this case will likely have a substantial impact on the tools available for dealing efficiently, fairly, and safely with an illegal alien population in the United States estimated to exceed 18 million people. *Amicus* FAIR therefore has direct and vital interests in defending the regulations governing CAT claims in the context of third-country removals and the jurisdictional bars in the Immigration and Nationality Act.

Movant FAIR now seeks leave under Federal Rule of Appellate Procedure 29(a)(3) for leave to file an *amicus* brief in support of Defendants–Appellants and reversal. FAIR sought consent from all parties to file an *amicus* brief; Defendants–Appellants stated that they consent, and Plaintiffs–Appellees stated that they take "no position" on the motion for leave to file. Attached to this motion is a copy of the proposed *amicus* brief.

1

**REASONS FOR *AMICUS* BRIEF**

In its proffered *amicus* brief, FAIR demonstrates that the Department of Homeland Security's Guidance Regarding Third Country Removals comports with valid and therefore legally binding regulations implementing the CAT treaty, and that the district court erred in finding the Guidance unlawful. FAIR further demonstrates that the district court erred in concluding that the jurisdictional bar only applies to claims that Plaintiffs could themselves raise in a petition for review. Both issues are relevant to this appeal and therefore may aid the Court.

**CONCLUSION**

For the foregoing reasons FAIR respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae*.

Dated: April 6, 2026                           Respectfully submitted,

                                               /s/ Matt Crapo
                                               MATT A. CRAPO
                                               CHRISTOPHER J. HAJEC
                                               EDWIN E. PIETERS
                                               Federation for American Immigration Reform
                                               25 Massachusetts Ave., NW, Suite 330
                                               Washington, DC 20001
                                               mcrapo@irli.org
                                               (202) 328-7004

                                               Counsel for *Amicus Curiae*
                                               Federation for American Immigration Reform

2

## CERTIFICATE OF COMPLIANCE

1.     The foregoing motion complies with the type-volume limitation of FED. FED. R. APP. P. 27(d)(2)(A) because:

This motion contains 325 words.

2.     This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because:

This motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

DATED: April 6, 2026                    Respectfully submitted,

                                        s/ Matt Crapo

**CERTIFICATE OF SERVICE**

I certify that on April 6, 2026, I electronically filed the foregoing motion, along with the proposed *amicus* brief, with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

<u>s/ Matt Crapo</u>