# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1212          **Short Title:** D.V.D. v. DHS

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

<u>all defendants</u>                                                                                                as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

<u>/s/ Sarah Welch</u>                          <u>4/6/2026</u>
Signature                                          Date

<u>Sarah Welch</u>
Name

<u>U.S. Department of Justice</u>          <u>202-514-3180</u>
Firm Name (if applicable)                   Telephone Number

<u>950 Pennsylvania Ave. NW</u>          _____
Address                                           Fax Number

<u>Washington, DC 20530</u>          <u>sarah.e.welch@usdoj.gov</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1218786</u>

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. <u>25-1311, 25-1393, 25-1631</u>
================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).