## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel states and certifies as follows. This brief is filed on behalf of 501(c)(3) nonprofit corporations that have no parent corporation and no stock.

Dated: April 14, 2026.

/s/ Rachel A. Romaniuk
Rachel A. Romaniuk
OSBORN MALEDON, P.A.
Date: April 14, 2026

## STATEMENT OF AUTHORSHIP AND FINANCIAL CONTRIBUTIONS

No other party's counsel authored this brief in whole or in part; no other party or party's counsel contributed money intended to fund preparing or submitting the brief; and no person, party, or party's counsel contributed money to fund the preparation and submission of the brief. *See* Fed. R. App. P. 29(c)(4)(E).

i