**CORPORATE DISCLOSURES STATEMENT**

I, Blaine M. Bookey, attorney for *Amici Curiae,* certify that *Amici* are non-profit organizations that do not have any parent corporation or issue stock and consequently there exists no publicly held corporation which owns 10% or more of their stock.

Dated: <u>April 15, 2026</u>                                    <u>*/s/ Blaine M. Bookey*         </u>
                                                                                  Blaine M. Bookey
                                                                                  Center for Gender & Refugee Studies


**RULE 29(a)(4)(E) STATEMENT**

Pursuant to Rule 29(a)(4)(E) of the Federal Rules of Appellate Procedure, *Amici Curiae* state that no party's counsel authored this brief in whole or in part; that no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and that no person other than *Amici Curiae*, their members, or their counsel contributed money that was intended to fund preparing or submitting the brief.

Dated: <u>April 15, 2026</u>                                    <u>*/s/ Blaine M. Bookey*         </u>
                                                                                  Blaine M. Bookey
                                                                                  Center for Gender & Refugee Studies

i