# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1212          **Short Title:** D.V.D. v. U.S. DHS

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*): See attached list of parties represented as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

| | |
|---|---|
| /s/Amanda Lee-DasGupta | April 15, 2026 |
| Signature | Date |
| Amanda Lee-DasGupta | |
| Name | |
| Hausfeld LLP | (202) 540-7200 |
| Firm Name (if applicable) | Telephone Number |
| 1200 17th Street, NW, Suite 600 | (202) 540-7201 |
| Address | Fax Number |
| Washington, DC 20036 | alee@hausfeld.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1223109

Has this case or any related case previously been on appeal?

[ ] No          [X ] Yes   Court of Appeals No. 25-1311; 25-1393; and 25-1631

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Notice of Appearance (Supplement)**

List of all parties represented by Amanda Lee-DasGupta, counsel for Amici Curiae, The Center for Gender & Refugee Studies; Human Rights Watch; Asian Americans Advancing Justice-Atlanta; Al Otro Lado; and Amica Center for Immigrant Rights.