# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1212          **Short Title:** D.V.D. v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Florence Immigrant & Refugee Rights Project (1/3)          as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          4/15/26_____
Signature                                              Date

Rachel A. Romaniuk_____
Name

OSBORN MALEDON, P.A.          (602) 640-9000_____
Firm Name (if applicable)                    Telephone Number

2929 N. Central Ave., Ste. 2000          _____
Address                                              Fax Number

Phoenix, Arizona 85012          rromaniuk@omlaw.com_____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1223188_____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1311_____
================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1212                **Short Title:** D.V.D. v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Political Asylum / Immigration Representation (PAIR) Project (2/3)                as the

[  ] appellant(s)             [  ] appellee(s)             [✔] amicus curiae

[  ] petitioner(s)            [  ] respondent(s)            [  ] intervenor(s)

_____     4/15/26_____
Signature                    Date

Rachel A. Romaniuk_____
Name

OSBORN MALEDON, P.A._____     (602) 640-9000_____
Firm Name (if applicable)            Telephone Number

2929 N. Central Ave., Ste. 2000     _____
Address                              Fax Number

Phoenix, Arizona 85012_____     rromaniuk@omlaw.com_____
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1223188_____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1311_____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1212          **Short Title:** D.V.D. v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

National Immigrant Justice Center (3/3)_____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          4/15/26_____
Signature                                              Date

Rachel A. Romaniuk_____
Name

OSBORN MALEDON, P.A._____          (602) 640-9000_____
Firm Name (if applicable)                    Telephone Number

2929 N. Central Ave., Ste. 2000          _____
Address                                              Fax Number

Phoenix, Arizona 85012_____          rromaniuk@omlaw.com_____
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 1223188_____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1311_____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).