# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1212          **Short Title:** D.V.D. v. DHS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See addendum for list of parties represented _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

_____          4/16/26_____
Signature                                     Date

Rachel A. Romaniuk_____
Name

Osborn Maledon, P.A._____          (602) 640-9302_____
Firm Name (if applicable)                   Telephone Number

2929 N. Central Ave., Ste. 2000          _____
Address                                     Fax Number

Phoenix, Arizona 85012_____          rromaniuk@omlaw.com_____
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1223188_____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1311; 25-1393; and 25-1631
==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**ADDENDUM TO NOTICE OF APPEARANCE**

List of all parties represented by Rachel A. Romaniuk, counsel for Amici Curiae: Florence Immigrant & Refugee Rights Project, Political Asylum / Immigration Representation (PAIR) Project, National Immigrant Justice Center