# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, Acting United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

### ORDER OF COURT

Entered: April 20, 2026

The motion of The Center for Gender & Refugee Studies, Human Rights Watch, Asian Americans Advancing Justice - Atlanta, Al Otro Lado, and Amica Center for Immigrant Rights for leave to file an amici curiae brief in support of the Appellees and affirmance is granted. The brief is accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Trina A. Realmuto
Mary A. Kenney
Kristin Macleod-Ball
Aaron Korthuis
Anwen Hughes
Glenda M. Aldana Madrid
Leila Kang
Matthew H. Adams
Inyoung Hwang
Olivia Callan
Donald Campbell Lockhart
Brett Allen Shumate
Abraham R. George

Drew C. Ensign
Matthew Patrick Seamon
Mary Larakers
Mark Sauter
Daniel Cappelletti
Sarah Welch
Christopher Anthony Hatfield
Matt A. Crapo
Rachel Romaniuk
Daniel Glen Bowman
Esther G. Gold
Melissa E. Crow
Blaine Bookey
Amanda Erin Lee-Dasgupta
Mary Sameera Van Houten Harper
Joanne Bui