

**National Immigration Litigation Alliance**
*Immigrant justice through the courts*

May 11, 2026

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

> Re: *D.V.D. v. U.S. Dep't of Homeland Security*, No. 26-1212
> Oral Argument set for May 13, 2026, at 2:00 pm
> (Judges Montecalvo, Howard, and Aframe)
> Letter Pursuant to Fed. R. App. P. 28(j)

Dear Ms. Dubrovsky:

Plaintiffs-Appellees respectfully advise the Court of public reporting concerning Defendants' implementation of its third-country removal policy, developments that bear on arguments already presented in Plaintiffs-Appellees' brief, *see* Pls.-Apps. Br. 46-60, and in amici briefs concerning Defendants' asserted diplomatic assurances, the risk of prolonged detention, and the danger of onward removal to persecution or torture.

Representative public reporting includes: Clement Bonnerot et al., *Exclusive: Congo to Receive First Group of Deportees from US This Week, Sources Say*, Reuters (Apr. 14, 2026); Jean-Yves Kamale & Mark Banchereau, *About 15 Latin American Deportees from the US Arrive in Congo*, AP News (Apr. 17, 2026); Laura Romero, *Wife of Active U.S. Army Sergeant at Risk of Deportation to Third Country*, ABC News (Apr. 20, 2026); Brian Osgood et al., *Paraguay Plans to Accept 25 Third-Country Migrants Deportees from U.S.*, Al Jazeera (Apr. 21, 2026); Clement Bonnerot, *Colombian Sent from US to Congo Says She Faces Pressure to Risk Danger Back Home*, Reuters (Apr. 22, 2026); Emmet Livingstone, *'We Don't Know What Will Happen to Us': U.S. Deportees in Limbo in DRC*, NPR (Apr. 28, 2026); Eduardo Cuevas & Jennifer Borresen, *How Trump's DHS Deports People to Prisons in Countries They Don't Know*, USA Today (Apr. 29, 2026); Julia Ingram, *South American Man Facing ICE*

*Deportation to the Congo Says He Feels "Like a Person Who Has No Value"*, CBS News (May 1, 2026); Tobi Raji, *She Fled Genital Mutilation in Togo. The U.S. Deported Her*, Wash. Post (May 10, 2026).

Plaintiffs-Appellees submit this letter solely to apprise the Court of recent developments bearing on issues already before the Court and do not seek to expand the issues or record presented on appeal.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
Olivia Callan
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorneys for Plaintiffs-Appellees*

CC via ECF: Counsel for Defendants-Appellants

Learn more about **LSEG**

# Exclusive: Congo to receive first group of deportees from US this week, sources say

By **Clement Bonnerot**, **Robbie Corey-Boulet** and **Giulia Paravicini**

April 14, 2026 3:37 PM EDT · Updated 9 hours ago

  





A view shows buildings behind a street of the Gombe area, in Kinshasa, Democratic Republic of Congo December 30, 2023. REUTERS/Justin Makangara/File Photo Purchase Licensing Rights

## Summary

All deportees are from countries other than Congo, source says

Washington is turning to Africa to facilitate deportations

Trump administration is mediating conflict in east DRC

U.N. migration agency says it may aid deportees

DAKAR, April 14 (Reuters) - Democratic Republic of Congo is set to receive more than 30 deportees from the United States this week, four sources told Reuters, the latest example of Washington using agreements with African governments to accelerate migrant removals.

The deportees are all from countries other than Congo, and at least some are from Central and South America, according to one source and U.S. court documents. One source familiar with the matter said they would total 37, while another put the figure at 45.

> The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up here.

They will be the first to land in the Central African country as part of an agreement with the Trump administration announced on April 5, two days after Reuters reported the two countries were negotiating a deal for Congo to receive third-country deportees.

The move coincides with the Trump administration's efforts to implement a U.S.-brokered peace deal between Congo and Rwanda aimed at ending fighting with Rwanda-backed M23 rebels in eastern Congo that has killed thousands and displaced hundreds of thousands more. It also follows the signing of a strategic partnership granting the United States preferential access to Congo's critical minerals.

Advertisement · Scroll to continue

The timing of the arrival of the deportees and details on how they will be accommodated in Congo have not been previously reported.

The deportees are expected to reach Congo by Friday and be housed in a hotel near Kinshasa's main airport, three of the sources said, speaking on condition of anonymity because of the sensitive nature of the move, which has attracted criticism from human rights groups and opposition politicians in Congo.

Advertisement · Scroll to continue

The U.S. has previously sent third-country deportees to African states including Ghana, Cameroon, Equatorial Guinea and , drawing criticism from legal experts and rights groups over the legal basis for the transfers and the treatment of deportees sent to countries where they are not nationals.

Some of the deportees were later returned to their home countries despite receiving court-ordered protection in the U.S. meant to prevent that from happening.

Advertisement · Scroll to continue

A Congolese government spokesperson did not immediately respond to requests for comment on Tuesday. Kinshasa has previously stressed it will not spend any money as part of its third-country deportees deal with the United States.

A State Department spokesperson said Washington had "no comment on the details of our diplomatic communications with other governments."

### LONG-TERM PLAN UNCLEAR

The hotel near the airport in Kinshasa is due to house the deportees for only 10 to 15 days, one of the sources told Reuters. The source was unable to say what will happen to the deportees after that period.

The hotel will remain open to other guests and the deportees will be free to move around, a diplomat and a senior humanitarian source said.

The deportees will be accommodated in single rooms, with two meals a day provided. The site is being secured by Congo's national police and a private security firm.

Neither Washington nor Kinshasa has said how many deportees would ultimately be sent to Congo.

### U.N. AGENCY TO AID DEPORTEES

The deportees arriving this week will receive assistance from the U.N.-related International Organization for Migration (IOM), two sources said.

IOM has also provided assistance to third-country deportees sent from the U.S. to Eswatini and Cameroon.

IOM said in a statement it had no role in the deportations themselves, which it said were handled by the two governments. It said it could, at the request of Congolese authorities, provide "post-arrival humanitarian assistance".

An IOM source told Reuters earlier this month that the U.S.-Congo deportation deal could involve migrants from South America, including Venezuelans.

Reuters identified at least four migrants whose lawyers were told by U.S. Immigration and Customs Enforcement that they would be deported to Congo this week. They are from Colombia, Peru, Chile and Guatemala.

An April 8 court order from a federal judge in California, reviewed by Reuters, said the U.S. government planned to remove a Peruvian migrant to Congo. The migrant had his request for asylum rejected but had been granted protection against deportation to Peru because he feared persecution.

Reporting by Clement Bonnerot and Robbie Corey-Boulet in Dakar and Giulia Paravicini in Nairobi; Editing by Rosalba O'Brien

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

Africa     Human Rights

Purchase Licensing Rights



**Robbie Corey-Boulet**
Thomson Reuters

Robbie Corey-Boulet is the bureau chief for West and Central Africa, based in Dakar and reporting on 23 countries. He has worked as a journalist for more than 15 years including as a freelancer in West Africa and as a correspondent and bureau chief for Agence France-Presse in Addis Ababa and Riyadh. Reach him at robbie.corey-boulet@thomsonreuters.com.

   

## Read Next

Africa

**South African politician Malema back in court as prosecutors seek 15-year prison sentence**

1 hour ago



ADVERTISEMENT

🔥 **Strait of Hormuz**     **House extends surveillance powers**     **Justin Fairfax**     **D4vd arrested**     **Don Schlitz dies**

WORLD NEWS

# About 15 Latin American deportees from the US arrive in Congo



FILE -The Congo airport terminal building before its opening by Congo president Joseph Kabila in Kinshasa, Democratic Republic of Congo, June 25, 2015. (AP Photo/John Bompengo, File)

Read More

BY  JEAN-YVES KAMALE AND MARK BANCHEREAU

Updated 12:08 PM EDT, April 17, 2026
Leer en español

KINSHASA, Congo (AP) — Around 15 people deported from the United States landed in Congo's capital Kinshasa early Friday, one of their lawyers told The Associated Press.

It was the latest example of the Trump administration using agreements with African countries to accelerate migrant removals that have raised questions about respect for the migrants' rights.

An official at the Congolese migration agency confirmed the arrivals but didn't provide details.

The deportees are all from Latin America and the Congolese government plans to keep them in the country for a short period, said U.S. attorney Alma David, who represents one of the deportees. She has

been speaking with her client since arriving in Kinshasa.

All the deportees are believed to have legal protection from U.S. judges shielding them against being returned to their home countries, David said. The deportees are believed to be staying at a hotel in Kinshasa.

ADVERTISEMENT

LEARN MORE

The International Organization for Migration, a United Nations-affiliated agency, will be involved to offer "assisted voluntary return," David told AP.

"The fact that the focus is on offering them 'voluntary' return to their home country when they spent months in immigration detention in the U.S. fighting hard to not have to go home is very alarming," she said.

---

**RELATED STORIES**



**Congo to receive third-country deportees from the US under new deal**



**171 bodies found in mass graves in eastern Congo, an official says**



**Costa Rica to accept 25 'third country' deportees from US every week**

An IOM spokesperson said the organization was providing humanitarian assistance to the deportees at the request of the Congolese government. It said it may also offer assisted voluntary return, which is "strictly voluntary and based on free, prior and informed consent."

Congo's Ministry of Communications said in a statement earlier this month that it will receive some migrants as part of a new deal under the Trump administration's third-country program.

It described the arrangement as a "temporary" one that reflects Congo's "commitment to human dignity and international solidarity." It would come with zero costs to the government with the U.S. covering the needed logistics, it said.

ADVERTISEMENT

The statement said no automatic transfer of the deportees is planned, adding: "Each situation will be subject to individual review in accordance with the laws of the Republic and national security requirements."

The U.S. has struck such third-country deportation deals with at least seven other African nations, many of them among countries hit hardest by the Trump administration's policies restricting trade, aid and migration.

The Trump administration has spent at least $40 million to deport about 300 migrants to countries other than their own, according to a report released recently by the Democratic staff of the Senate Foreign Relations Committee.

Lawyers and activists have raised questions over the nature of the deals with countries in Africa and elsewhere. Several of the African nations that have signed such deals have notoriously repressive governments and poor human rights records — including Eswatini, South Sudan and Equatorial Guinea.

——

This story has been corrected to show that Alma David is one of several lawyers representing the deportees.

——

Banchereau reported from Dakar, Senegal. Associated Press writer Saleh Mwanamilongo in Bonn, Germany contributed to this report.



**MARK BANCHEREAU**
Banchereau covers 22 countries across West and Central Africa for The Associated Press. He is based in Dakar, Senegal.

 

  

# Wife of active US Army sergeant at risk of deportation to 3rd country

The sergeant has been deployed to Afghanistan three times and served 27 years.

By **Laura Romero**
April 20, 2026, 8:05 PM

   



**Wife of Army sergeant at risk of deportation**   The wife of a U.S. Army sergeant with 27 years of service is facing potential deportation to a third country. She was detained during a routine immigration interview last week.

The wife of an active-duty U.S. Army sergeant with 27 years of service is facing potential deportation to a third country after being detained during a routine immigration interview last week.

Deisy Fidelina Rivera Ortega was taken into custody on April 14 in El Paso, Texas, while attending an interview for "Parole in Place," a program designed to allow undocumented family members of military personnel to remain in the U.S. legally.

Rivera Ortega is married to Sgt. 1st Class Jose Serrano, a U.S. Army sergeant stationed at Fort Bliss who has been deployed to Afghanistan three times. He told ABC News he and his wife have been "doing everything by the book."

"She goes to work or to church," Serrano said. "That's the life of my wife, Daisy."

Related                                                                    →

But last week, Serrano said that shortly after they arrived for their appointment at a U.S. Citizenship and Immigration Services building, unidentified men detained his wife.

Advertisement



"At the end of the hallway, my wife was apprehended... they put handcuffs on and they took her away," Serrano told ABC News. "And nobody told me anything, even when I was asking, 'Hey, what's going on? What's going on with her?'"

Rivera Ortega -- who currently works for IHG Army Hotels at Fort Bliss -- has a valid work permit through 2030 and was previously granted withholding of removal from her home country, El Salvador, according to documents reviewed by ABC News.

 

The wife of an active-duty U.S. Army sergeant with 27 years of service is facing potential deportation to a third country after being detained during a routine immigration interview last week.

Matthew Kozik

She is now at risk of deportation to Mexico, a country the couple has no ties to, Serrano said. He told ABC News that as an active-duty sergeant, he would likely not be able to travel to Mexico if his wife were deported.

"In the Army, travel to Mexico is extremely restrictive," Matthew Kozik, the couple's attorney, told ABC News. "He couldn't even just go see his wife."

---

**Related**
**Inspectors find dozens of safety violations at largest ICE detention center**                                    →

---

Kozik said Rivera Ortega is currently detained at the El Paso Service Processing Center.

"She was detained at a federal government building," Kozik said. "They wouldn't let anybody ask any questions, and she was escorted away, and we haven't seen her since."

In a statement to ABC News, the Department of Homeland Security said Rivera Ortega entered the country illegally and was issued a final order of removal.

"Rivera Ortega remains in ICE custody pending removal," a DHS spokesperson said.

**Related**
**Deaths of detainees in ICE custody surge under 2nd Trump administration**
→

According to court documents, Kozik argues that Rivera Ortega was not issued a final order of removal and said that because an immigration judge granted her withholding of removal from El Salvador in 2019, she is not subject to immediate removal.

"She is entitled to the right to contest those third-party designations... she has a right to contest any termination," Kozik said. "We are completely in the dark, and that's why we've had to go to federal court to stop this."

Recent Stories from ABC News



Read More

Serrano told ABC News he has been seeing a doctor for Post-Traumatic Stress Disorder and had been stable until his wife was detained last week.

"I can't sleep even with the medication, I can't even read," he told ABC News. "It's super painful and stressful to not be able to do anything."

## Related Topics

Immigration

Advertisement


Get a commercial auto insurance quote online

PROGRESSIVE COMMERCIAL



Enrich your Al Jazeera experience by signing in or creating an account.

News   |   Migration

# Paraguay plans to accept 25 third-country migrant deportees from US

*The Trump administration has signed multimillion-dollar deals with foreign countries to accept non-citizen deportees.*

 4 mins     Save     Share          Add Al Jazeera on Google



Shackled migrants disembark from an aircraft at the Valley international airport in Harlingen, Texas, on August 31, 2025 [Michael Gonzalez/AP Photo]

By **Brian Osgood, Reuters and The Associated Press**

21 Apr 2026

The South American nation of Paraguay has announced it will receive non-citizens expelled from the United States as part of President Donald Trump's [mass deportation](#) push.

Paraguay's Ministry of Foreign Affairs said in a statement on Tuesday that it will receive an initial group of 25 Spanish-speaking deportees, starting on Thursday.

---

RECOMMENDED STORIES

- **Costa Rica to accept 25 deportees per week under Trump deportation effort**
- **Legal groups condemn arrival of a dozen deportees from US to Uganda**
- **Fifteen South American people deported from the US arrive in DR Congo**

---

"Each case has been evaluated individually, in full respect of national sovereignty, immigration laws, and international law," the statement reads.

Paraguay is one of the latest in a growing list of countries to participate in ["third-country" deportations](#) from the US. Such third-country agreements pave the way for the US to send immigrants to countries they have no ties to.

The Trump administration has approached dozens of countries to take part, despite concerns about human rights conditions in some of the proposed destinations.

[Costa Rica](#), El Salvador, the Democratic Republic of the Congo (DRC), Eswatini (formerly known as Swaziland) and South Sudan are among the countries that have accepted such deportations, in some cases signing multimillion-dollar deals to accept and imprison deportees.

The scheme is part of an aggressive effort under Trump to [restrict migration](#) to the US.

As of February, Democratic lawmakers in the US estimated that more than $40m has been awarded to foreign countries in contracts, as an incentive for accepting deportees.



▶ 2:02

Near-blind Rohingya refugee found dead after border patrol release



Now Playing

▶ 02:02

Trump says hantavirus is 'under control' as WHO tracks cruise outbreak



Next

▶ 02:36

Show more videos ⌄

Robert Alter, an official at the US Embassy in Paraguay, praised the agreement in a statement, saying it was a testament to Washington's close relationship with Paraguay.

Advertisement



He also sought to assuage concerns about the legality of the deportations.

Get instant alerts and updates based on your interests. Be the first to know when big stories happen.

Yes, keep me updated

"These migrants do not have pending asylum applications in the United States," the statement said. "The intention of this collaboration is to facilitate the safe and orderly return of these individuals to their countries of origin."

Advocacy groups have accused the Trump administration of using the threat of third-country deportations as an intimidation tactic.

In the high-profile case of Kilmar Abrego Garcia, the Trump administration has publicly insisted on deporting the Salvadoran man to an African country, despite Abrego Garcia's willingness to go to Costa Rica – and Costa Rica's pledge to accept him.

Critics point out that some of the third-country destinations are unstable. South Sudan, for instance, faces one of the world's largest displacement crises, as ongoing fighting risks plunging the country into a full-scale war.

In the DRC, another third country, a conflict continues to simmer between government forces and Rwanda-backed rebels.

Last week, a group of 15 deportees from South American countries were sent from the US to the DRC, despite the fact that the US State Department warns of "civil unrest" in the area.

Some third-party countries have also faced internal pushback to their agreements with the Trump administration.

The Uganda Law Society and the East Africa Law Society, for instance, have pledged to challenge local third-country deportations after a dozen deportees arrived from the US earlier this month.

They argued that the deportations were an "undignified, harrowing and dehumanising process" that reflected a system of "transnational repression".

The Associated Press news agency has previously reported that the Trump administration is seeking similar arrangements with 47 additional countries.

---

## LISTEN TO THESE PODCASTS ■

From: The Inside Story Podcast

### What caused the backlash against UK PM Keir Starmer?

There's been a backlash against UK Prime Minister Keir Starmer in local and regional elections across England, Scotland, a…



From: The Take

### Another Take: Why is land in the West Bank being sold off to US cit…

Case: 26-1212    Document: 00118444375    Page: 21    Date Filed: 05/11/2026    Entry ID: 6808497

Learn more about  **LSEG**

 **Reuters**

**Subscribe**

# Colombian sent from US to Congo says she faces pressure to risk danger back home

By **Clement Bonnerot**

April 22, 2026 11:28 AM EDT · Updated 6 hours ago



[1/2] U.S. and Congo flags along with a miniature figurine in this illustration taken April 22, 2026. REUTERS/Dado Ruvic/Illustration <u>Purchase Licensing Rights</u>  ⬀

‹  ›

## Summary

First group of 15 South Americans sent by US to Congo last week

Three of them say they have been told they must return home

At least one has documented legal protection in US

State Department cites border security, declines further comment

DAKAR, April 22 (Reuters) - A Colombian woman deported from the United States to the Democratic Republic of Congo under a new agreement with the Trump administration said she was under pressure to return to Colombia despite the dangers she would face there.

The 29-year-old woman, who asked not to be named for fear of reprisals from Congolese and Colombian authorities, is part of an initial group of 15 migrants from South America who were <u>flown to the Central African nation</u> last week.

> The Reuters Iran Briefing newsletter keeps you informed with the latest developments and analysis of the Iran war. Sign up here.



The U.S. administration has struck several third-country deportation agreements with African nations to further President Donald Trump's crackdown on immigration. Congo is one of the most unstable, with more than seven million people internally displaced by conflict and more than a million refugees abroad.

The woman and two others in the group from Colombia, Peru and Ecuador told Reuters that, since arriving in the country, they had been offered no credible option but to return home.

---

Advertisement · Scroll to continue

---

"We feel pressured to agree to go back to our country, regardless of the risks," she said.

**DEPORTEES SAY US JUDGES GAVE THEM LEGAL PROTECTIONS**

Case: 36-1212   Document: 00118444375   Page: 23   Date Filed: 05/11/2026   Entry ID: 6808497

She fled Colombia in January 2024 because she was kidnapped and tortured by the FARC rebel group and was seriously abused by her ex-husband who is a police officer, she wrote in her application for asylum in the United States, which Reuters has seen.

A U.S. immigration judge ruled in May 2025 that she was more likely than not to be tortured again if she were forced back home, U.S. court records reviewed by Reuters showed.

Advertisement · Scroll to continue



The other two migrants said they were also granted legal protection by U.S. judges, accounts that Reuters was not able to confirm independently.

Asked to comment on the accounts and the agreement with Congo, which has not been made public, a State Department spokesperson said implementing the Trump administration's immigration policies was a top priority.

"We remain unwavering in our commitment to end illegal and mass immigration and bolster America's border security," the spokesperson said, adding that it did not communicate on the details of their diplomatic communications with other governments.

Advertisement · Scroll to continue

 

The Congolese government has said the agreement with Washington is "strictly transitional, temporary and time-limited". Neither it, nor the Colombian foreign ministry, immediately responded to requests for comment.

Alma David, a U.S.-based lawyer representing one of the migrants in Congo, said the process put deportees at risk despite protections previously granted in the United States, adding that several were deported without their passports.

Feedback

**Sponsored Content**

Dianomi   Advertise Here



**Schwab's Monthly Stock Sector Outlook**

Sponsored by
Charles Schwab



**Power E*TRADE Pro: Get 120+ Technical Studies & 30+ Drawing Tools**

Sponsored by
E*TRADE from Morgan Stanley



**How to Freeze Your Credit— and Why It Matters**

Sponsored by
Charles Schwab

"The goal is clear: put people in a place so unfamiliar that they give up and agree to return home, despite the immense risk they face there," she said.

**DETAILS OF US-CONGO DEPORTATION AGREEMENT ARE NOT PUBLIC**

U.S. and Congolese officials have not said how many migrants will be sent to Congo, nor what Congo gets from the agreement, which was negotiated as Washington sought to implement a regional peace deal and secure access to critical minerals.

A Reuters journalist seeking to meet the migrants inside the hotel in the Congolese capital Kinshasa where they are being housed was turned away, and the migrants have been prevented from leaving.

The United Nations' International Organization for Migration (IOM) offers assistance with repatriation. A spokesperson said it only did so if someone chooses it.

Two of the three deportees interviewed by Reuters said IOM staff and Congolese officials told them they risked losing accommodation and support after seven days if they refused repatriation. One said IOM staff recommended that she not apply for asylum in Congo because it was dangerous. Another said Congolese authorities did not say asylum locally was an option.

The IOM said it did not discourage asylum applications and had not done so with these arrivals, noting that it used translators and fed concerns back to relevant authorities.

Reporting by Clement Bonnerot; Editing by Robbie Corey-Boulet and Philippa Fletcher

Our Standards: **The Thomson Reuters Trust Principles.** ⬉

Suggested Topics:

Americas     Constitutional Law

Purchase Licensing Rights

## Read Next

Legal

**Exclusive: Advent-owned firm investigated in Brazil for alleged links to organized crime**

2 hours ago



Feedback

Case: 26-1212    Document: 00118444375    Page: 25    Date Filed: 05/11/2026    Entry ID: 6808497



HOURLY NEWS

Play Live Radio

LISTEN LIVE

MY PLAYLIST

   **JOIN NPR+**

DONATE

AFRICA

# 'We don't know what will happen to us': U.S. deportees in limbo in DRC

UPDATED APRIL 28, 2026 · 6:00 AM ET

HEARD ON MORNING EDITION

By Emmet Livingstone

**3-Minute Listen**                    PLAYLIST    TRANSCRIPT

A view of Kinshasa, the capital of the Democratic Republic of the Congo—a sprawling urban giant where over 15 million people live.

*Schalk Van Zuydam/AP*

KINSHASA, Democratic Republic of Congo—None of them imagined they would end up in Kinshasa. On April 17, the U.S. government deported 15 people to the capital of the Democratic Republic of Congo, a deeply impoverished African country that's been scarred by years of conflict.

The group—comprising men and women from Colombia, Ecuador and Peru—is the first to arrive as part of a secretive migration deal brokered with the Trump administration.

"They took us, they put us on a plane, and they chained us by our hands and feet," said one Colombian man, sitting on a plastic chair in a shabby hotel near Kinshasa's airport. The deportees didn't know their final destination until they were on the plane, he added.

**Sponsor Message**

NPR interviewed five of the Latin American deportees. We're not naming them, as they say it could put them at risk from potential threats back in their home countries.

All said that they faced danger if they returned, but that they wanted to do so because Congo is dangerous and poor.

Several also said that they were deported despite ongoing court cases regarding their right to remain in the U.S.

While the deportees are receiving regular meals, water can cut out for days at a time in the hotel, and rodents scurry through their rooms. Mosquitoes are also ubiquitous. They are free to leave their hotel, but are being urged by security there to remain inside—effectively cut off in a country they have no links to, and whose language they do not speak.

Two of the deportees said they hadn't been vaccinated against yellow fever before being expelled from the U.S. The mosquito-borne disease is endemic in Congo, alongside malaria.

"I know that Congo has an armed conflict, with a yellow fever outbreak," said one Ecuadoran man, explaining why he didn't want to stay.

Much of eastern Congo, about 1,000 miles from Kinshasa, has been plagued by violence for decades, a legacy of regional wars that raged in the region in the 1990s and early 2000s.

Sponsor Message

Rebels from the Rwanda-backed group, M23, have also captured huge swathes of territory since launching an insurgency in late 2021, and are running a parallel government administration in the east. But there is also armed conflict happening about 70-100 miles northeast of Kinshasa.

Kinshasa itself is a megacity of over 15 million people, according to the World Bank, where the vast majority of inhabitants struggle to live day to day.

"Outside is another world," said one Colombian woman in the hotel, who noted that none of the group could speak French, Congo's official language.

## A quiet deal with visible consequences

While more deportees from the U.S. are expected to arrive, almost no details concerning the U.S.-Congo migration deal have been made public.

Congo isn't the only African country with which the Trump administration has brokered migration deals. Uganda, Rwanda, South Sudan and Eswatini are among several countries that have also agreed to take in third country deportees as part of a broader U.S. immigration crackdown.

On April 17, Congo's government stated that migrants will only stay in the country temporarily, and that the U.S. government will foot the bill. But it's not clear how many people will arrive in the country, or what will happen with them once they're there, or how long they will remain.

The deportees NPR spoke to say they have been given no credible options other than returning to their home countries.

The U.S. State Department said that they had "no comment on the details of our diplomatic communications with other governments."

According to AfghanEvac, a nonprofit group that helps resettle Afghan evacuees, the Trump administration is also considering sending as many as 1,100 Afghans to Congo, many of whom helped U.S. forces during the war in Afghanistan. However, President Trump told reporters last week that he wasn't aware of this plan.

**Sponsor Message**

Still, in Congo itself, the arrival of the Latin Americans, and the prospect of hundreds of Afghans following them, is proving highly controversial.

On Monday, protesters burned tires in Kinshasa and marched through the streets carrying banners against hosting what they called "Afghan mercenaries." This followed a sit-in in front of the U.S. embassy held last week.

For many Congolese people, the migration deal is in poor taste. About one million Congolese citizens are themselves refugees, having sought shelter for the most part in neighboring states. Conflict has also displaced nearly seven million people inside Congo.

Opposition politicians have been quick to denounce the policy. Over the weekend Congolese opposition politician Delly Sessanga challenged President Felix Tshisekedi over the issue.

"What have the Congolese done to you that you would reduce this already devastated nation to a dumping ground for U.S. immigration and security policies?" Sessanga said.

## 'We don't know what will happen'

For the deportees back in the hotel, there is confusion—and also fear. Many said they had neither money nor passports. The International Organization for Migration (IOM) is assisting the group, and some are in touch with their lawyers back in the U.S.

The Ecuadorian man compared the situation to human trafficking, noting that the group had been forcibly deported.

"I'm here in a place where I can't do anything," he said. "I want to return to my country."

One Colombian woman said that all of their cases were complicated. "We don't know what will happen to us," she said.

For now, they remain in limbo—thousands of miles from home, in a country that is unfamiliar to them, where they are far from welcome and have little sense of what comes next.

drc     deportations     latin america

# Together, we chart the course.

You count on public media for stories that help you understand your world — voices that bring us closer together.

People like you power public media. You make it possible for the NPR Network to share our journalism with you and millions of other people, regardless of their ability to pay.

**You are the "public" in public media.** Can we count on you to support this essential public resource today?

DONATE →

## More Stories From NPR



Immigration Policy    **Add Topic +**

# How Trump's DHS deports people to prisons in countries they don't know

*ambodian man describes being sent by the United States to an Eswatini prison for*
*.*

**Eduardo Cuevas** and **Jennifer Borresen**  USA TODAY

April 29, 2026  |  Updated May 4, 2026, 3:51 p.m. ET

> ## AI Overview ⓘ
>
> The Trump administration has dramatically expanded a third-country removal program that sends migrants and convicted non-citizens to nations where they have no ties, placing  **Full Summary →**
> facilities with limited legal protections and high costs.
>
> How many countries have third-country removal agreements with the U.S.?    →
>
> ---
>
> What human rights criticisms have emerged about third-country removals?    →
>
> ---
>
> What legal challenges exist against the third-country removal policy?    →
>
> **Deeper**Dive BETA | Ask USA TODAY anything    →

Pheap Rom thought he was being transferred to another detention center when he saw "Eswatini" on his paperwork last fall.

Instead, the 43-year-old Cambodian refugee was put on a plane to the small African kingdom and held for months in a maximum-security prison, where he had no legal status, no charges against him and little ability to challenge his confinement.

With that imprisonment, Rom joined a growing number of migrants caught in a broader shift in U.S. deportation policy. Over the last year, the Trump administration has dramatically expanded a little-known tactic of sending migrants to countries where they have

no ties. Critics say this outsources detention to foreign governments – often with records of human rights abuses, minimal oversight and unclear legal protections.

In more than two dozen countries, deportees like Rom have been held in hotels, shelters and prisons under agreements brokered by the United States during President Donald Trump's second term.

"They're just being snatched up, thrown on a plane and sent out to these countries," Rom told USA TODAY in a video call from Cambodia, where he's lived since late March, after spending over five months in an Eswatini prison. Rom is just the second person released from Eswatini's Matsapha Correctional Centre, where at least 19 people deported from the United States have been held.

Rom had served a 15-year prison sentence for attempted murder in Pennsylvania, and after doing his time, federal officials shuffled him to several immigrant detention centers over the course of nearly 11 months. Due to his conviction, Rom figured he'd likely be deported to Cambodia, where his family fled from a genocide before he was born in a refugee camp in neighboring Thailand.

The Trump administration had different plans when they sent him and nine others on a plane to Eswatini from Louisiana on Oct. 4.

## Lawyers dispute where he's sent

Rom arrived in the United States as a 3-year-old refugee in 1985 and got a green card in 1987. He was convicted in 2009 of attempted murder, aggravated assault and unlawful possession of a firearm. His lawyer, Tin Thanh Nguyen, said the incident stemmed from self-defense after a group of men tried to shoot him and he fired his weapon back.

In separate statements, the Department of Homeland Security said Rom received due process and was originally removed to Thailand, where Rom has no citizenship. After USA TODAY sent federal officials evidence provided by Rom and Nguyen of his detention in Eswatini and return to Cambodia, DHS sent a second statement saying Rom was sent to Eswatini.

Federal records show an immigration judge issued Rom's removal order in 2010.

"We are applying the law as written," a DHS statement said. "If a judge finds an illegal alien has no right to be in this country, we are going to remove them. Period."

The United States has long deported immigrants without legal status who are convicted of crimes. American officials typically contact the person's origin country to facilitate their removal.

## Human rights group criticizes 'enforced disappearances' by US

Before Trump's second term, a person's deportation due to their immigration status didn't mean another country would incarcerate them.

American law doesn't prohibit someone from being sent to another country, but immigration officials seldom did so, according to Dara Lind, a senior fellow at the American Immigration Council, an immigrant rights advocacy organization. It happened only when someone couldn't be returned to certain home countries, such as Cuba, often due to strained relations with the United States.

Nguyen said the federal government didn't contact Cambodia to facilitate Rom's removal to Eswatini, Africa's only absolute monarchy, which has about 1.1 million residents. Cambodia's foreign ministry previously told the French news agency AFP it accepts deportees from the United States, so it was unclear why Rom ended up in Eswatini's prison. Cambodia's foreign ministry didn't respond to emailed requests for comment.

Since January 2025, the Trump administration has formed third-country removal agreements with at least 27 countries, mostly in Africa and Latin America, according to the Migration Policy Institute, an American think tank.

In response to emailed questions about the agreements, the State Department declined to comment on details of diplomatic communications. A State Department statement said implementing Trump's immigration policies is a top priority.

Lind said the agreements fall into uncharted territory, with no clear rights for deportees, nor the legal or criminal frameworks to hold them. Agreements made publicly available in court battles and public record requests, such as for El Salvador, Rwanda and Eswatini, have included language assuring that countries uphold international law around protections for refugees and against torture.

In September, Human Rights Watch, a New York-based nonprofit watchdog, said removal deals made with African countries have put hundreds of people at risk of arbitrary detention, ill treatment and forced relocation of refugees or asylum seekers to countries where they're likely to face persecution.

"The United States is doing enforced disappearances," Nicole Waddersheim, deputy Washington director at Human Rights Watch, said, calling the practice a human rights abuse. "The onus is on the United States, and they'll say it's on the host country, to find these people that they deported."

The administration's policy began with a $4.76 million agreement with El Salvador, where nearly 250 Venezuelan men – most of whom were asylum seekers with no criminal record – were sent on military flights in March 2025 to a notorious mega-prison. Some people have alleged torture and sexual assault inside the prison, called the Terrorism Confinement Center.

The United States has even sanctioned some countries it now entrusts to hold deportees, such as Rwanda, a central African country whose military officials were sanctioned by the U.S. Treasury Department in March. Despite that, Rwanda maintains a contract with the U.S. to house up to 250 people under a $7.5 million agreement. As of January, at least seven people have been sent to Rwanda at an estimated cost of around $1.1 million per detainee.

## High costs for third-country removals

The Trump administration has not released an official tally on the number of people deported or the total costs for the federal program. However, Sen. Jeanne Shaheen, D-New Hampshire, the ranking member on the Senate Foreign Relations Committee, released a report in February estimating the program has included around 300 migrants and cost over $40 million as of Jan. 31.

"The Administration's third country deportations deals are wasteful, cruel and putting U.S. credibility abroad at risk," Shaheen said in a statement to USA TODAY.

George Fishman, a former DHS official in the first Trump administration and a senior fellow at the Center for Immigration Studies, which advocates for stricter immigration policy, said third-country removals can be used to instill fear in immigrants without legal status about

what could happen if they stay in the United States, which gives them an incentive to leave on their own.

The practice gives the United States leverage to force countries to accept migrants by placing their citizens in legal limbo and unpleasant conditions, he said.

"If you don't enter into one of these agreements," Fishman said, "you may see things you don't like."

The memorandum of understanding with Eswatini, signed in May 2025, allowed the United States to send up to 160 people there under a $5.1 million agreement. But with only 19 known detainees, that cost comes to over $413,000 per detainee, according to Shaheen's report. Rom, who has a mother in her 70s and a daughter in college in Pennsylvania, wonders whether Americans know how much they've paid to hold people like him indefinitely and without any criminal charges.

In Eswatini, Rom described the prison as having mold and infestations of bugs, especially mosquitoes. Prison guards listened in to detainees' calls, he said, which were limited to around one 10-minute call per week. In early April, deportees in Eswatini won a high court case for the right to meet with local lawyers in the country.

Only one other person, a Jamaican man, has been released from Eswatini's prison. In July, Jamaican foreign affairs minister Kamina Johnson Smith said on X that American officials never contacted the country's officials about moving to facilitate his removal.

The practice is akin to human trafficking, said Nguyen, who also represents third-country detainees in South Sudan, which is on the verge of civil war. Around eight immigrants, including nationals from Laos, Vietnam and Mexico, were originally deported to South Sudan, where Nguyen says he has no contact with his clients.

"I'm afraid that we're setting the precedent for other people in the future to be detained abroad," Nguyen said.

In February, a Massachusetts federal judge appointed by former President Joe Biden found the administration's third-country removal policy illegal. But in March, the 1st Circuit Court of Appeals granted the administration's request to pause the Massachusetts ruling as the court reviews an expedited appeal.

In mid-April, the Democratic Republic of Congo became the latest country to accept people, despite the African nation experiencing armed conflict. Around 15 migrants, mostly from Latin America, are being held in a Kinshasa hotel. While the agreement details haven't been made public, lawyers said detainees in Congo have orders withholding removal, in which an immigration judge found they were likely to face persecution in their home country if they were deported.

## Deportees left only with 'bad options'

U.S.-based lawyer Alma David represents one person held in Congo, along with others held in Cameroon, where more than a dozen people have been placed in a dormitory-style shelter. She also represents deportees in Eswatini, including men from Yemen, Haiti, Cuba and another who is stateless.

David said there appears to be a pattern of what she called "extra-hemispheric deportation." For example, she said, American officials tend to place Latin Americans in Africa, while people from African countries are often sent to Costa Rica, in Central America.

The practice coerces people into dropping immigrant protection claims, including seeking asylum, David said, adding people are left with only "bad options."

"Maybe choosing the familiar-bad over the unfamiliar-bad is the preferred option," she said.

Rom had no choice left by the time he was imprisoned again, this time in Eswatini. Through his lawyer, he was able to contact Cambodian officials, who facilitated his travel to the capital, Phnom Penh. He arrived on March 26, more than five months after he said he was forced on a plane from the United States.

When he arrived in Cambodia, he recalled asking his friend for permission to leave the house. He didn't step outside for days.

Instead, he said he'd look out the window, afraid to leave to start his new life in another country where he had never been.

*Lauren Villagran contributed to this report.*

*Eduardo Cuevas is based in New York City. Reach him by email at emcuevas1@usatoday.com or on Signal at emcuevas.01.*

Case: 26-1212    Document: 00118444375    Page: 37    Date Filed: 05/11/2026    Entry ID: 6808497



**Army soldier's wife still faces deportation to Mexico after confusion over possible release**

(01:16)

Politics

# South American man facing ICE deportation to the Congo says he feels "like a person who has no value"

By Julia Ingram

May 1, 2026 / 11:56 AM EDT / CBS News

⊞ Add CBS News on Google

When Jose Yugar-Cruz arrived at the Arizona-Mexico border in the July heat nearly two years ago, he told a federal court, he immediately turned himself into Immigration and Customs Enforcement custody and asked for asylum.

In January 2025, though he was denied asylum, he became one of about 4,000 migrants last year to be granted a court order preventing their deportation to their home country because a judge found it more likely than not that they would face torture or persecution if returned, immigration court data shows.

But the supposed victory was followed by a yearlong legal battle during which he remained detained. On Monday, a federal judge cleared the way for ICE to deport Yugar-Cruz to the Democratic Republic of the Congo.

"I feel truly, truly devastated by what is happening to me," Yugar-Cruz, 37, told CBS News from ICE detention in Iowa, speaking in Spanish. "It is a country I don't know, I have no family there, I don't speak their language — as far as I understand I think it's French. I don't know what the process will be like there, I don't know if I'll continue to be detained."

"I keep thinking it's a nightmare that I will wake up from," he added. Yugar-Cruz spoke in a joint interview with CBS News and The Minnesota Star Tribune.

A withholding of removal order like the one Yugar-Cruz received doesn't create a pathway to legal residence in the United States and allows for third-country deportations. But under previous

Watch CBS News

administrations, the difficulty of deporting migrants to countries they aren't from meant that most who were granted such protections would end up staying in the U.S. indefinitely, immigration policy experts told CBS News.

"The Trump administration is trying to speed up the process and in some ways trying to go out of their way to make the process punitive for migrants to try to send a message," said Ariel Ruiz Soto, a senior policy analyst at the Migration Policy Institute, a nonpartisan think tank.

AD



Starting last February, the Trump administration began a coordinated push to sign agreements with countries around the world to accept third-country deportees while seeking to arrest and remove those granted withholding of removal orders.

"We are working with other countries to say, 'We want to send you some of the most despicable human beings to your countries. Will you do that as a favor to us?'" Secretary of State Marco Rubio said during a Cabinet meeting after President Trump's first 100 days back in office. "And the further away from America the better, so they can't come back across the border."

Deportees — with and without criminal records — have been sent to countries including Ghana, Cameroon, South Sudan and El Salvador. Many were ultimately sent back to their home countries, according to court records and a congressional report, despite U.S. judges' rulings in cases like Yugar-Cruz's affirming they would likely face torture or persecution there.

ICE did not respond to a request for comment on Yugar-Cruz's case or its third-country removal practices. Court records show that ICE said the DRC "provided diplomatic assurances" that deportees sent there would not be persecuted or tortured.

Case: 26-1212     Document: 00118444375     Page: 39     Date Filed: 05/11/2026     Entry ID: 6808497

## Third country deportation deals

Watch CBS News

At least 28 countries have accepted or agreed to accept deportations of migrants who are not their own citizens under the Trump administration.



Map: Julia Ingram / CBS News • Source: Third Country Deportation Watch

The DRC is one of the <u>latest</u> of 28 countries to accept third-country deportees. The administration is also considering a plan to resettle 1,000 Afghan evacuees living in Qatar who fought alongside U.S. troops to the DRC, The New York Times first <u>reported</u>. The Qatar-based camp was <u>initially intended</u> as an expedited processing hub to grant eligible refugees permanent legal status in the U.S.



On April 17, a group of 15 South American deportees arrived in the DRC, according to a government <u>announcement</u> from the country. The announcement, written in French, said the arrangement is "strictly transitory, temporary, and limited in time."

This is a common feature of third-country deportation agreements, said Yael Schacher, director for the Americas and Europe at Refugees International, one of the groups <u>monitoring</u> third-country deportations.

Case: 26-1212        Document: 00118444375        Page: 40        Date Filed: 05/11/2026        Entry ID: 6808497

Watch CBS News

"They're sold to other countries as temporary," she told CBS News of the agreements. "The vast majority of these folks are going to leave, or be repatriated."

The South American deportees told NPR that they were given no viable options other than to return to their home country. At least one, a woman from Colombia, has been granted legal protections from deportation, Reuters reported.

"That is where the fundamental problem comes," Schacher said. "It's sort of an end run around those protections."

Yugar-Cruz, who asked that his native country be withheld to protect him, fled from South America. Since the start of 2025, ICE tried unsuccessfully to remove him to Argentina, Chile, Paraguay, Mexico and Canada, according to court records.

Earlier this year, Yugar-Cruz was released from ICE detention for three months after a federal court ruled his detention, which had spanned 17 months, was unlawful, court records show. But in April, after ICE received notice that the DRC would accept Yugar-Cruz, he was detained again.



IBM.

Build banking experiences with trust and security at th

Learn more

"I was starting to live in freedom, but they detained me again," he said. "I lost my mother while detained. I can't help my children. I'm here detained. I feel like a person who has no value."

Yugar-Cruz was originally on the manifest for the first deportation flight to the DRC that took place in mid-April, according to court records, but his ongoing federal court case delayed his removal.

Third-country deportations made up a small fraction of those deported last year. The Migration Policy Institute estimates that the Department of Homeland Security deported about 15,000 people to third countries between Jan. 20 and Dec. 31, 2025, of which 13,000 were sent to Mexico. DHS said in early December it had deported a total of more than 605,000 people since Mr. Trump returned to office.

Ruiz Soto said the tactic is intended to deter migrants, both in the U.S. and those who may be considering entering illegally.

"Even small numbers of people being sent to other countries in chains, that made it much more visible than in the past for people to be essentially scared into saying 'this could be me, this could

Case: 36 1212      Document: 00118444375      Page: 41      Date Filed: 05/11/2026      Entry ID: 6808497

Watch CBS News

happen to me,'" he said.

## Migrants receiving orders blocking their return to home countries, but who could be sent elsewhere

In these cases, a judge ruled that it was more likely than not an individual would be tortured or persecuted in their home country. Before the current administration, few were actually removed from the U.S.



Each year's total is the number of cases where the final merits ruling was a withholding or deferral of removal order under the convention against torture or the Immigration and Nationality Act.

Chart: Julia Ingram / CBS News • Source: Executive Office for Immigration Review

DHS is currently facing a class-action lawsuit from those granted withholding of removal, arguing that before being removed to a third country, immigrants should be given an opportunity to raise concerns of being persecuted or tortured in that country. While a lower court placed a stay on removals while the litigation was pending, the Supreme Court lifted the stay in June 2025.

In February of this year, a district court ruled that DHS's third-country removal practices were unlawful, but the ruling was stayed pending the government's appeal, allowing the deportations to continue.

The federal judge in Yugar-Cruz's case cited the Supreme Court's ruling in his decision, describing it as "all but fatal to Yugar-Cruz's claim," leaving him with "little choice but to deny" the motion to

release him from detention.

Watch CBS News

Yugar-Cruz's deportation could take place any day now, but ICE agents have not given him a date for his departure, he said. Alison Griffith, his attorney, said her team asked that ICE consider sending him to a Spanish-speaking country closer to home instead of the DRC, but she said they refused.

"I still have faith that maybe some miracle could happen in my case and that they would give me my freedom again," Yugar-Cruz said.

"I am grateful to all those people who helped me," he added, referring to the Iowa-based advocates who rallied around him during the months he was released. "It is as if they filled that empty space that my mother left in me — those people filled it."

## More from CBS News

**⬤CBS** NEW YORK
NYC man returns home after 5 months in ICE custody



**⬤CBS** MINNESOTA
Minnesota commission grants pardon to man aiming to avoid deportation



**⬤CBS** CHICAGO
ISP investigating fatal shooting of Silverio Villegas-Gonzalez by ICE agents last year



**⬤CBS** ATLANTA
Man dies in ICE custody at Georgia detention center; cause under investigation



## Go deeper with The Free Press

**THEFREEPRESS**
She Showed Up for a Routine Green Card Meeting. Then ICE Took Her.



**THEFREEPRESS**
They Voted for Trump, Not for His Immigration Detention Center



In:    **Immigration**    **U.S. Immigration and Customs Enforcement**    **Trump Administration**

© 2026 CBS Interactive Inc. All Rights Reserved.

*Democracy Dies in Darkness*

# She fled genital mutilation in Togo. The U.S. deported her.

A judge ruled that the woman should not be deported there, so the Trump administration sent her to Ghana — which returned her to Togo.

Yesterday at 5:00 a.m. EDT

 By Tobi Raji

The 28-year-old began to panic when she learned where the military cargo plane, newly departed from a tarmac in Louisiana, was taking her.

The United States was deporting her and 13 other West Africans to Ghana, a country none ( called their own. From there, she feared, she would be sent on to neighboring Togo, the hor fled to avoid genital mutilation.

A U.S. judge had ruled that the Trump administration could not send her back there. But Ghana was under no such obligation.

After two weeks last September in detention near Accra, the West Africa nation's capital, armed guards dropped her and five others off at the Togo border, she said.

Advertisement

She has been in hiding in Togo ever since.

"I know God is with me but I'm tired," she said in a tearful conversation. "I'm a human being. I have to live, like everybody."

Over the past year, the Trump administration has sent hundreds of people to countries they are not from, in what are known as third-country deportations. Some of those people, like the woman who wound up back in Togo, had been granted protection against being sent back to the country they had fled by a U.S. immigration judge, only to be sent there by a third-country intermediary.

✦ Dive deeper

The woman, along with a man from Gambia deported on the same flight, spoke with The Washington Post by phone, on the condition of anonymity for fear of retribution. The Post also spoke with lawyers working with some of the deportees and reviewed court documents, including from their asylum proceeding and lawsuits filed in the United States and Ghana.

The story of the woman's escape from Togo is recounted in her asylum declaration. An asylum officer had determined that she faced a credible fear of persecution or torture if deported to her country of birth, and an immigration judge ruled she could not be sent there. But under the Biden-era "Circumvention of Lawful Pathways" rule, the woman could not receive asylum, having crossed the U.S.-Mexico border without having sought protection in a country through which she passed en route. Had the restrictions not been in place, the judge would have granted her asylum, according to court documents.

U.S. Immigration and Customs Enforcement did not respond to a request for comment on the deportations to Ghana. In a statement to The Post, the White House defended its use of third-country deportations, adding that it doesn't plan to stop anytime soon: "The Trump Administration will continue using all lawful methods to carry out President Trump's promise to deport criminal illegal aliens."

Togo's embassy in Washington did not provide information requested about genital mutilation in the country. The office of Ghana's president, the country's Foreign Ministry and its embassy in Washington did not respond to requests for comment about the terms of Ghana's deportation agreement with the Trump administration.

The woman left Togo in 2024 to escape genital cutting, she said. She had learned in school about health complications related to the custom — widely condemned as a severe human rights violation — which her mother and cousins had undergone. Practiced in dozens of countries, it often involves removing part of the clitoris and labia minora, and in some cases, sewing the vaginal opening shut.

 Dive deeper

In January 2024, her cousin was forced to undergo genital mutilation and died as a result, she said in interviews and her U.S. asylum declaration.

"The whole family hid the reason for her death except for my mother and her brother, who told me the truth," she wrote in her asylum declaration. "Fear once again became a part of my daily life, knowing that I was bound to be the next to be cut under the circumciser's sharp knife."

"I clearly told my great-uncle that I was not going to give them the chance to expose my life to this murderous practice 'in the name of tradition' that took my cousin's life, and that if my cousin succumbed, it was their fault, and they were the murderers," she wrote.

Togo outlawed female genital mutilation in 1998. The practice has become uncommon there, but is not eradicated, according to a 2020 report, and remains somewhat prevalent in the Centrale Region, where she is from. When the woman asked the police for help, she said they told her be "a good African woman" and "respect my tradition," she wrote.

"In this country, nobody can help me," she told The Post. "If they do that practice on me and I die, nobody will help. Nobody will say anything."

After family members held her captive, beating and starving her, she managed to escape, she said, and fled to the United States by way of Brazil and the perilous Darién Gap that separates Colombia and Panama. ICE detained her at the United States' southern border in January 2025 and held her at the Eloy Detention Center in Arizona for eight months, she said.

A judge granted her a withholding of removal order on May 20, 2025, according to court documents, blocking deportation to Togo.

"Unfortunately for me, one day they just transferred me from Arizona to Louisiana and then from Louisiana to Ghana," she said. Before long, she was back where she started.

Of the 14 people the U.S. deported to Ghana on the flight from Louisiana in September, at least 11 — including the woman from Togo and a man from Gambia — had been granted protections against removal by a U.S. immigration judge under the United Nations Convention Against Torture or other law, according to court documents.

Under CAT, to which the United States and Ghana are parties, the government cannot "expel or extradite" a person to a country where it is more likely than not that they will be tortured. The U.S. Immigration and Nationality Act prohibits deporting a noncitizen to a country where their "life or freedom would be threatened" because of their "race, religion, nationality, membership in a particular social group, or political opinion."

In such cases, the administration has been deporting people to third countries. It sent a group of people from Latin America to the Democratic Republic of Congo last month, NPR reported. At least 25 countries have entered into deportation agreements, many of them opaque, with the U.S. government, or have received third-country nationals, according to a report released by Democratic members of the Senate Foreign Relations Committee in February. A federal-court decision blocked some of the deportations in February, but a higher court ruled that they could resume as a legal challenge proceeds, and third-country deportations continued apace in April.

According to the report, the Trump administration incentivized five countries — El Salvador, Equatorial Guinea, Rwanda, Eswatini and Palau — to agree to the deal by providing direct financial payments totaling $32 million.

As a part of those agreements, U.S. authorities sent about 250 Venezuelan migrants to a maximum-security prison in El Salvador last spring, while 29 migrants have been deported to Equatorial Guinea, 15 to Eswatini and seven to Rwanda, the report said.

Immigration advocates and attorneys have accused the Trump administration of using third deportations to circumvent CAT and INA protections through a process known as indirect refoulement, which is prohibited under international refugee law. International law holds that states cannot avoid liability by merely outsourcing refugee protections, especially when exposing those individuals to foreseeable onward harm and removal, said Elora Mukherjee, a professor at Columbia Law School. But there is little recourse.

In March, the African Commission on Human and Peoples' Rights agreed to hear a challenge to Eswatini's third-country deportation agreement with the United States. The lawsuit, filed by the Global Strategic Litigation Council in December on behalf of three U.S. deportees originally from Cuba, Jamaica and Yemen, is the first of its kind outside of the Americas region. ✦ Dive deeper

At least 34 West Africans have been deported to Ghana since September as part of the third-country agreement between Washington and Accra, according to Meredyth Yoon, a lawyer working with some of them.

Ghana has defended its agreement with the United States. "We were approached by the U.S. to accept third-party nationals who were being removed from the U.S., and we agreed with them that West African nationals were acceptable," Ghanaian President John Mahama said in September. "West Africa has a protocol of free movement. Any West African is welcome in Ghana."

In February, Ghana's Supreme Court ordered Mahama's government to disclose the terms of the country's deportation agreement to Ghanaian rights group Democracy Hub, which it has yet to do.

The 14 West African migrants sent to Ghana on the flight described in this story did not find out where they were headed until the plane stopped in the U.S. Virgin Islands to refuel, five of the deportees allege in a lawsuit filed in Washington by Asian Americans Advancing Justice, a legal advocacy group.

One of the five, a man from Gambia who had a judicial order against deportation there, was sent on by Ghana to Gambia. He has been in hiding ever since, he said. In the lawsuit, he said an ICE agent told him he would wind up back in his home country. ICE did not respond to a request for comment on the accusation.



"I think if the government was doing things aboveboard, they wouldn't be forcing people into planes in the middle of the night without letting them talk to their attorneys and not telling them where they're going until they're on the plane," said Bria Yazic, a lawyer working with some of the migrants.

The Togolese woman described being held in Ghana in poor conditions, without access to lawyers or family members. Detainees had limited access to running water and no access to bedding or feminine hygiene products, according to the Democracy Hub lawsuit.

"Despite repeated requests, they were not transported to any medical facility outside the camp," the lawsuit alleges.

The woman was held at the camp for nearly two weeks until armed soldiers drove six of the migrants to Aflao, a border town in eastern Ghana, in late September. They were separated into two groups of three, given less than $150 each and ordered to cross the border into Togo on foot, the deportees say in the lawsuit filed in Ghanaian courts. Of the six people sent to Togo, only two were from there, the woman said. For the others, the country of fewer than 10 million residents was simply another incongruous stop in their deportation odyssey.

They walked for miles before hailing a taxi to Lomé, Togo's capital city along the Atlantic coastline, the woman said. She parted ways with the group at a hotel and called her mother.

"I traveled from here to the U.S. to save my life," the woman said. "I had a chance … but all these foolish people took my dreams."

## What readers are saying

The comments reflect a strong criticism of the Trump administration's immigration policies, particularly regarding the deportation of a woman fleeing genital mutilation in Togo. Many commenters express outrage at the perceived cruelty and lack of empathy towards women and… Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.