

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
District Court Section
(202) 353-0396
*Washington, D.C. 20044*

---

**VIA CM/ECF**                                              May 12, 2026

Anastasia Dubrovsky
Clerk of Court, U.S. Court of Appeals
for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

> Re:   *D.V.D. v. U.S. Dep't of Homeland Security,* No. 26-1212
>        Oral Argument scheduled for Mau 13, 2026, at 2:00 pm
>        (Judges Montecalvo, Howard, and Aframe)
>        Response to Plaintiffs' May 11, 2026, Letter

Dear Ms. Dubrovsky:

Defendants-Appellants respectfully submit this response to Plaintiffs' purported Rule 28(j) letter submitted on May 11, 2026. Federal Rule of Appellate Procedure 28(j) provides for parties to advise the circuit clerk of "pertinent and significant authorities [that] come to a party's attention after the party's brief has been filed." It is well established that parties may not use a Rule 28(j) letter to raise new evidence outside the record with limited exceptions for verifiable facts related to mootness. *Ruskai v. Pistole,* 775 F.3d 61, 66-67 (1st Cir. 2014).

Plaintiffs' letter does not cite to any authority. It cites to news articles containing unverified facts outside the record that are irrelevant to the jurisdictional issues in this case. *See Manley v. Rowley,* 847 F.3d 705, 710 n2 (9th Cir. 2017) ("Rule 28(j) permits a party to bring new *authorities* to the attention of the court; it is not designed to bring new evidence through the back door." (internal quotations omitted, emphasis in original)). The articles resemble the 25 exhibits Plaintiffs belatedly filed in the district court, which the district court properly refused to rely upon "to avoid any prejudice to Defendants." *D.V.D. v. U.S. Dep't of Homeland*

*Sec.,* 2026 U.S. Dis. LEXIS 38553 *20 n.22 (D. Mass. Feb. 25, 2026). This Court should likewise refuse Plaintiffs' attempt to introduce new facts into the record through blatant misuse of Rule 28(j). *See Pistole,* 775 F.3d at 67; *Manley,* 847 F.3d 705 at 710 n.2 (construing appellants' response to a Rule 28(j) letter introducing new evidence as a motion to strike and striking appellees' Rule 28(j) letter).

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney
General

SARAH E. WELCH
Counsel to the Assistant
Attorney General

MATTHEW P. SEAMON
Acting Assistant Director

/s/ *Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil
Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin
Station
Washington, DC 20044
(202) 353-0396
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

2

**CERTFICATES OF SERVICE AND COMPLIANCE**

I hereby certify that this filing is 263 words, and therefore complies with the word limitations of Federal Rule of Appellate Procedure 28(j) and this Circuit's local rules.

I hereby certify that on May 12, 2026, I electronically filed the foregoing letter brief with the Clerk of the Court by using the appellate CM/ECF system. Counsel of record are registered CM/ECF users.

<u>/s/ Mary L. Larakers</u>
Senior Litigation Counsel