

**National Immigration Litigation Alliance**
*Immigrant justice through the courts*

June 10, 2026

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

> Re: *D.V.D. v. U.S. Dep't of Homeland Security*, No. 26-1212
> Oral Argument argued May 13, 2026
> (Judges Montecalvo, Howard, and Aframe)
> Response to Defendants' Letter Pursuant to Fed. R. App. P. 28(j)

Dear Ms. Dubrovsky:

Plaintiffs-Appellees respond to Defendants' letter regarding *Margolin v. Nat'l Ass'n of Immigr. Judges*, 146 S. Ct. 1285 (2026). The case is inapposite.

In *Margolin*, an association of immigration judges challenged a policy regulating their "work-related speech" and argued to the district court regarding whether their challenge involved "the *kind* of work-related claims that Congress intended to steer out of district court" through the Civil Service Reform Act of 1978. *Id*. at 1287. The Supreme Court addressed whether the Fourth Circuit had "violated the party-presentation principle" by "*sua sponte* address[ing] a much broader [issue]"—whether, in light of the factual circumstances, the court could newly examine whether Congress intended to keep expressly covered claims out of district court—"and remand[ing] for further proceedings on that question." *Id*. at 1287-88.

Here, the district court did not address or rule on any issue *sua sponte*. Plaintiffs *did* argue that 8 U.S.C. § 1231(b) provides a required sequencing of countries for removal, and Defendants had the opportunity to—and *did*—argue to the contrary. *See* Dist. Ct. Docs. 194 at 8-9, 231 at 36, 232 at 14-15; *see also* Pls. Br. at 44-45; Appx.39-41, Appx.58-59, Appx.62.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
Olivia Callan
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorneys for Plaintiffs-Appellees*

CC via ECF: Counsel for Defendants-Appellants