# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, Acting United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**NOTICE**

Issued: August 3, 2026

The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

Inyoung Hwang

The following attorneys will continue to receive notice in this case:

Matthew H. Adams
Glenda M. Aldana Madrid
Blaine Bookey
Daniel Glen Bowman
Joanne Bui
Olivia Callan
Daniel Cappelletti
Matt A. Crapo
Melissa E. Crow
Drew C. Ensign
Abraham R. George
Esther G. Gold
Christopher Anthony Hatfield
Anwen Hughes

Leila Kang
Mary A. Kenney
Aaron Korthuis
Mary Larakers
Amanda Erin Lee-Dasgupta
Donald Campbell Lockhart
Kristin Macleod-Ball
Trina A. Realmuto
Rachel Romaniuk
Jacob Roth
Mark Sauter
Matthew Patrick Seamon
Brett Allen Shumate
Mary Sameera Van Houten Harper
Sarah Welch


                                    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley N. - (617) 748-9527


cc:
Matthew H. Adams, Glenda M. Aldana Madrid, Blaine Bookey, Daniel Glen Bowman, Joanne
Bui, Olivia Callan, Daniel Cappelletti, Matt A. Crapo, Melissa E. Crow, Drew C. Ensign,
Abraham R. George, Esther G. Gold, Christopher Anthony Hatfield, Anwen Hughes, Inyoung
Hwang, Leila Kang, Mary A. Kenney, Aaron Korthuis, Mary Larakers, Amanda Erin Lee-
Dasgupta, Donald Campbell Lockhart, Kristin Macleod-Ball, Trina A. Realmuto, Rachel
Romaniuk, Jacob Roth, Mark Sauter, Matthew Patrick Seamon, Brett Allen Shumate, Mary
Sameera Van Houten Harper, Sarah Welch