National Immigration Litigation Alliance
*Immigrant justice through the courts*

September 1, 2026

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *D.V.D. v. U.S. Dep't of Homeland Security*, No. 26-1212
Oral Argument on May 13, 2026
(Judges Montecalvo, Howard, and Aframe)
Letter Pursuant to Fed. R. App. P. 28(j)

Dear Ms. Dubrovsky:

Plaintiffs-Appellees submit the following pertinent authorities underscoring the urgent need for resolution of this appeal.

Defendants-Appellants are removing class members with such speed that, in many cases, even if the class member manages to file a habeas action, Defendants remove them before the habeas court can adjudicate the petition or temporary restraining order motion (TRO). *See, e.g.*, *Yazdani v. Vergara*, No. 5:26-cv-114-DCB-RPM (S.D. Miss.) (Afghan petitioner deported to the Central African Republic on August 28, 2026, while TRO motion pending); *Phuntsok v. Vergara*, No. 5:26-cv-00331-DCB-RPM (S.D. Miss.) (same, functionally stateless petitioner); *Lawrence v. Rice*, No. 6:26-cv-01706-JDC-CBW (W.D. La.) (Trinidadian deported to Rwanda on August 27, 2026, without notice while fully briefed habeas petition pending). This relates to Plaintiffs-Appellees' challenge to Defendants-Appellants' policy of deporting class members, including those with protection grants, "without the need for further procedures" if they have "diplomatic assurances," Addendum 1-2. *See* Pls.-App. Br. at 46-59.

At least one court denied for lack of evidence a TRO seeking procedural protections filed by a class member deported to Liberia, stating that the "claim depends upon an intended destination and an imminent removal that the present

evidence does not substantiate." *See, e.g.*, Order, *Rodriguez-Ventura v. Mullin*, No. 3:26-CV-1763-K (N.D. Tex. Aug. 19, 2026), Dkt. 8.

Other courts have stayed proceedings, in whole or in part, pending a decision in this case. *See, e.g.*, Order, *Kovalchuk v. McGregor*, No. 26-cv-01748-PHX-KML (MTM) (D. Ariz. Apr. 1, 2026), Dkt. 17 (habeas proceedings); Order, *Molina-Vargas v. Att'y Gen.*, No. 26-1293 (3d Cir. Apr. 12, 2026), ECF 23 (petition for review).

Still other courts have granted temporary or permanent relief. *See, e.g.*, *Condecore v. Blanche*, No. 6:26-cv-1510-CEM-LHP, 2026 WL 2034638 (M.D. Fl. July 14, 2026); *Dia v. Raycraft*, No. 1:26-cv-1054, 2026 WL 1476507 (W.D. Mich. May 27, 2026); *cf. Osahon v. Mullin*, No. 2:26-cv-09121-MWC-DFM, 2026 WL 2549054 (C.D. Cal. Aug. 28, 2026) (granting TRO requiring return of a Nigerian national removed to Ghana despite CAT protection from removal to Nigeria, after Ghanaian authorities sought to refoul him to Nigeria and he escaped in Togo).

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams
Leila Kang
Aaron Korthuis
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
hughesA@humanrightsfirst.org

*Attorneys for Plaintiffs-Appellees*

CC via ECF: Counsel for Defendants-Appellants