**From:** Larakers, Mary L. (CIV)
**To:** Trina Realmuto; Seamon, Matthew (CIV)
**Cc:** Matt Adams; Anwen Hughes; Kristin Macleod-Ball
**Subject:** RE: D.V.D. v. DHS, No. 26-1212 (1st Cir.) - request for immediate response
**Date:** Wednesday, September 23, 2026 5:14:14 PM
**Attachments:** image001.png

---

Good afternoon,

The First Circuit granted the government's motion for a "stay pending appeal." An appeal does not conclude until the mandate issues under Federal Rule of Appellate Procedure 41 returning the case to district court. Accordingly, the First Circuit's stay of the district court's judgment remains in effect.

Best,
Mary

---

**From:** Trina Realmuto <trina@immigrationlitigation.org>
**Sent:** Wednesday, September 23, 2026 2:29 PM
**To:** Larakers, Mary L. (CIV) <Mary.L.Larakers@usdoj.gov>; Seamon, Matthew (CIV) <Matthew.Seamon2@usdoj.gov>
**Cc:** Matt Adams <matt@nwirp.org>; Anwen Hughes <hughesa@humanrightsfirst.org>; Kristin Macleod-Ball <Kristin@immigrationlitigation.org>
**Subject:** [EXTERNAL] D.V.D. v. DHS, No. 26-1212 (1st Cir.) - request for immediate response

Dear Mary,

We understand from this tweet, https://x.com/DHSGenCounsel/status/2101113373559525807, from Sarah Welsh's statement to the Third Circuit at oral argument in *R.C.B. v. Attorney General*, No. 25-2358 (3d Cir.) yesterday that there has been no change in the status quo, and from other habeas filings that the government is taking the position that the First Circuit's September 18, 2026 decision is not in effect. We also have heard that DHS is moving forward with third country removal flights for tomorrow based on the policy that the district court and court of appeals found unlawful and set aside.

As you are aware, the First Circuit's stay of Judge Murphy's decision lasted only pending appeal. The appeal is concluded and the judgment issued.

Please immediately confirm Defendants' position on the effectiveness of the decision so that we may assess further steps as appropriate.

Best,
Trina

**Trina Realmuto**
**National Immigration Litigation Alliance**
617-819-4447 / trina@immigrationlitigation.org
www.immigrationlitigation.org

Facebook: NatlImmLitAlliance