OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 7, 2026

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: D.V.D., et al. v. U.S. Department of Homeland Security, et al.
Appeal No. 26-1212
(Your No. 26-426)

Dear Clerk Scott Harris:

I am writing in regard to the above referenced case. Per your request, enclosed please find certified copy of the First Circuit docket sheet. All filings are available electronically through PACER. There are no sealed or confidential pleadings in this case. By separate letter dated October 7, 2026, the District Court for the District of Massachusetts was instructed to forward the original record to your office.

Kindly acknowledge receipt of this letter. If you should have any questions, please do not hesitate to contact me.

Sincerely,
Ashley Naucapoma
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-9527

Encl.

cc:
Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Olivia Callan, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Jacob Moshe Roth, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Daniel Cappelletti, Sarah Welch, Christopher Anthony Hatfield, Matt A. Crapo, Rachel Romaniuk, Daniel Glen Bowman, Esther G. Gold, Melissa E. Crow, Blaine Bookey, Amanda Erin Lee-Dasgupta, Mary Sameera Van Houten Harper, Joanne Bui, Brandon Michael Hayes