OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 7, 2026

Robert M. Farrell, Clerk
US District Court of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Ste 2300
Boston, MA 02210

Re: D.V.D., et al. v. U.S. Department of Homeland Security, et al.
Appeal No. 26-1212
(Your No. 1:25-cv-10676-BEM)

Dear Clerk Robert M. Farrell:

Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

Sincerely,
Ashley Naucapoma
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-9527

Encl.

cc:
Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Olivia Callan, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Jacob Moshe Roth, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Daniel Cappelletti, Sarah Welch, Christopher Anthony Hatfield, Matt A. Crapo, Rachel Romaniuk, Daniel Glen Bowman, Esther G. Gold, Melissa E. Crow, Blaine Bookey, Amanda Erin Lee-Dasgupta, Mary Sameera Van Houten Harper, Joanne Bui, Brandon Michael Hayes