# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 8, 2026

Upon consideration, Movant Brandon Michael Hayes' motion for clarification of order is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Olivia Callan, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Jacob Moshe Roth, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Daniel Cappelletti, Sarah Welch, Christopher Anthony Hatfield, Matt A. Crapo, Rachel Romaniuk, Daniel Glen Bowman, Esther G. Gold, Melissa E. Crow, Blaine Bookey, Amanda Erin Lee-Dasgupta, Mary Sameera Van Houten Harper, Joanne Bui, Brandon Michael Hayes